

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2021

No. 04-21-00306-CV

Christopher **DE LOS SANTOS** As Next Friend on Behalf of C.D.L.S. and V.D.L.S., Minor
Children,
Appellant

v.

**SUPERIOR SHUTTLE, LLC** and Heather Contreras,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI03550
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
           Patricia O. Alvarez, Justice
           Lori I. Valenzuela, Justice

On August 4, 2021, appellant Christopher De Los Santos As Next Friend on Behalf of C.D.L.S. and V.D.L.S., Minor Children filed a motion to stay the underlying trial court proceedings pending resolution of his appeal. On August 4, 2021, the trial court signed an Agreed Judgment disposing of all parties and claims before the trial court. Accordingly, appellant's motion to stay is DISMISSED AS MOOT.

It is so **ORDERED** September 16, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT